PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER (Tran. Court) |
|---|
| 2:00-CR-120-01 |
| DOCKET NUMBER (Rec. Court) |
| CR 04-30030 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Javier Rodriguez<br>50 East Dwight Street, 2nd Floor Rear<br>Holyoke, MA 01040 | Vermont | Criminal |

| NAME OF SENTENCING JUDGE |
|---|
| William K. Sessions III, Chief U.S. District Judge |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 9/26/2003 | 9/25/2009 |

**OFFENSE**
Conspiracy to Distribute Heroin
21 U.S.C. § 846, 841(a)(1), (b)(1)(C), 851

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Judicial___ DISTRICT OF ___Vermont___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/7/04
_Date_     _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Judicial___ DISTRICT OF ___Massachusetts___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/13/04
_Effective Date_     _United States District Judge_